UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK ANTHONY ZACCONE,

    Plaintiff,

v.                        Case No: 2:15-cv-287-FtM-38CM

FORD MOTOR COMPANY,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Defendant Ford Motor Company's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #24) filed on February 9, 2016. The Court denies as moot Defendant's motion because of Defendant subsequently filed an *Amended* Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #25). Because Defendant's *Amended* Motion to Dismiss is still a live and pending motion, *pro se* Plaintiff Frank Anthony Zaccone must file a response to that motion within fourteen (14) days of service.

Accordingly, it is now

**ORDERED:**

(1) Defendant Ford Motor Company's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. #24) is **DENIED as moot**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(2) Plaintiff Frank Anthony Zaccone must still file a response to Defendant's Amended Motion to Dismiss (Doc. #25) within fourteen (14) days of service.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record