UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK ANTHONY ZACCONE,

    Plaintiff,

v.                                             Case No: 2:15-cv-287-FtM-38CM

FORD MOTOR COMPANY,

    Defendant.

## ORDER

Before the Court are Plaintiff's Motion to Amend Complaint (Doc. 39), Motion to Respond to Defendant's Motion Filed 03/07/2016 (Doc. 40) and Motion to Continue with Amended Complaint (Doc. 42). Defendant responded in Opposition to the Motion to Amend Complaint (Doc. 41). For the reasons set forth below, Plaintiff's Motion to Amend Complaint and Motion to Continue with Amended Complaint are denied as moot, and Plaintiff's Motion to Respond to Defendant's Motion Filed 03/07/2016 is stricken.

Plaintiff filed his Second Amended Complaint seeking damages for the death of his wife. Doc. 19. Upon review of Defendant's Motion to Dismiss, the Honorable Sheri Polster Chappell dismissed the complaint without prejudice stating that an action for wrongful death shall be brought by the decedent's personal representative. Doc. 32. Plaintiff has not been appointed the personal representative of the decedent's estate; thus, he lacks standing to bring the suit. *Id.* at 2. There also is no indication that a personal representative has been appointed. *Id.* at 3. Judge

Chappell also questioned Plaintiff's ability to act as personal representative because he has a felony conviction; and under Florida law, the felony conviction disqualifies him to act as the personal representative. *Id.* In an abundance of caution, however, the Court allowed Plaintiff up to and including March 11, 2016 to file a Third Amended Complaint. *Id.* On March 10, 2016, the undersigned subsequently allowed Defendant an extension until March 25, 2016 to file his Third Amended Complaint. Doc. 37.

On March 10, 2016, Plaintiff filed the present motion to amend complaint stating that he intended only to represent himself and allege a claim of negligence against Defendant. Doc. 39 at 1. Defendant responded that he has no objection to Plaintiff's motion, but requests that the Court enter an Order dismissing the wrongful death claim with prejudice. Doc. 41 at 2. Defendant states that once the Third Amended Complaint is filed, it will serve a response in accordance with the federal rules. *Id.* On May 25, 2016, Plaintiff filed a Motion to Continue with Amended Complaint, which appears to be his Third Amended Complaint. Doc. 42. Because Judge Chappell previously granted Plaintiff leave to file a Third Amended Complaint, the present motions are moot. The Court, however, directs the Clerk to docket Plaintiff's Third Amended Complaint (Doc.42-1) as a separate docket entry. Defendant may respond to the Third Amended Complaint pursuant to the federal rules and request the relief it deems appropriate at that time. The Court is not inclined at this time to recommend that an Order be entered dismissing the wrongful death claim with prejudice.

Plaintiff also filed a motion to respond to Defendant's motion filed on March 7, 2016. Doc. 40. A review of the docket indicates that Defendant did not file a motion on March 7, 2016, but rather a response in opposition to Plaintiff's motion to appoint counsel and for an extension of time. Doc. 36. Plaintiff's present motion does not appear to seek any relief from the Court. Doc. 40. Instead, Plaintiff appears to improperly argue the facts of his case, but it is unrelated to anything currently pending before the Court. Thus, Plaintiff's motion is stricken.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion to Amend Complaint (Doc. 39) is **DENIED as moot**.

2. Plaintiff's Motion to Respond to Defendant's Motion Filed 03/07/2016 (Doc. 40) is **STRICKEN.**

3. Plaintiff's Motion to Continue with Amended Complaint (Doc. 42) is **DENIED as moot.**

4. The Clerk is directed to docket Plaintiff's Third Amended Complaint (Doc. 42-1) as a separate docket entry.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of April, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record