UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK ANTHONY ZACCONE,

    Plaintiff,

v.                                       Case No: 2:15-cv-287-FtM-38CM

FORD MOTOR COMPANY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Extension in accordance with Rule 3.09 (Doc. 73) filed on September 6, 2016. Plaintiff seeks to extend the deadline to add parties or amend the pleadings by fourteen (14) days. Doc. 73. On September 7, 2016, Defendant filed a response that Defendant does not oppose the requested relief. Doc. 74. The matter is ripe for review.

On July 12, 2016, the Court issued a Case Management and Scheduling Order setting the deadline to add parties or amend the pleading to August 31, 2016. Doc. 67. For good cause and excusable neglect shown under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure and because the motion is unopposed, the parties shall have up to and including September 14, 2016 to add parties or amend the pleadings.

ACCORDINGLY, it is hereby

**ORDERED:**

1.Plaintiff's Motion for Extension in accordance with Rule 3.09 (Doc. 73) is **GRANTED**.

2.The parties shall have up to and including September 14, 2016 to add parties or amend the pleadings.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of September, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record